USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GORDON SPRINGS,

                    Plaintiff,

    -against-

THE CITY OF NEW YORK, THE CITY OF NEW
YORK FIRE DEPARTMENT, FIRE
COMMISSIONER DANIEL A. NIGRO, in his
Official and individual capacities, CAPTAIN
VINCENT DISTEFANO, and FIREFIGHTER
RICHARD DAVI,

                    Defendants.

-------------------------------------------------------------X

19 **CIVIL** 11555 (AKH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 26, 2020, the FAC is dismissed with prejudice.

That Springs had a chance to amend and failed to correct the deficiencies of his initial complaint

makes clear that allowing repleading is not a wise option; accordingly, this case is closed.

**Dated:** New York, New York

       June 26, 2020

                                         **RUBY J. KRAJICK**

                                         **Clerk of Court**

**BY:**

                                         **Deputy Clerk**